CONTACT CHIROPRACTIC, P.C., as Assignee of Girtha Butler, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant.

Submitted December 12, 2016; decided December 15, 2016

Motion by American Transit Insurance Company for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed submission is accepted as filed. One copy of the submission must be served and an original and two copies filed within seven days.

In the Matter of JAMES DAVIS, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

KARINE GEVORKYAN et al., Appellants, v IRA JUDELSON, Respondent.

Decided December 15, 2016

See 841 F3d 584.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.